UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

NOLAN M. PITSCH,

        Defendant.

Case No. 25-CR-90
[18 U.S.C. §§ 2252A(a)(2)(A) &
2252A(b)(1)]

## INFORMATION

**THE UNITED STATES CHARGES THAT:**

1.     Between on or about August 1, 2024, and continuing until at least on or about September 30, 2024, in the State and Eastern District of Wisconsin and elsewhere,

**NOLAN M. PITSCH**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2.     The child pornography received by the defendant included, but is not limited to, the image identified by the following partial file name:

| Partial File Name | Description |
|---|---|
| C1A…2465 | A video depicting an approximately 11-year-old pre-pubescent minor female child who is standing in what appears to be her bedroom. This child is exposing her bare breasts and vagina and is rubbing her bare vagina while she is holding her right breast.   The video plays for approximately 30 seconds. |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

2

## FORFEITURE NOTICE

Upon conviction of the violation of Title 18, United States Code, Section 2252A(a)(2)(A) set forth in this information, the defendant, Nolan M. Pitsch, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, including his iPhone 13, real or personal, used or intended to be used to commit or promote the commission of such offense.

Dated: 5/21/2026

MEGAN J. THOMAS
Assistant United States Attorney

3